DONALD SHOEMAKER et al., Plaintiffs-Appellees, v. M. WALTER et al., Defendants—(MARVIN WALTER, Defendant-Appellant.)

(Nos. 57291, 57937 cons.;

First District (3rd Division)—September 5, 1974.

Adamowski, Newey & Riley, of Chicago, for appellant.

Gomberg, Missner and Schaps, of Chicago (John M. Murtaugh, of counsel), for appellees.